LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Adam Pennella, Bar No. 246260
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
CHEA BOU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-097 CRB |
| Plaintiff, | **STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| CHEA BOU, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Chea Bou may travel outside of the Northern District of California to Susanville, CA, leaving this District on or after June 10, 2011 and returning no later that June 12, 2011.  During this travel, he may travel through the Eastern District of California and District of Nevada.

United States Pretrial Service Officer Paul Mamaril has advised Mr. Bou's counsel that he does not oppose Mr. Bou's travel proposed by this stipulation.

It is further Ordered that Mr. Bou shall communicate with the supervising Pretrial Services Officer before, during (as directed by Pretrial Services) and immediately after his travel. Mr. Bou is further ordered to provide Pretrial Services with a

1  way to contact him during his travel.
2          All other terms of Mr. Bou's initial pretrial release
3  shall remain in effect.
4
5          SO STIPULATED.
6
7  June 3, 2011            /s/
   Dated                   ROBERT REES
                           Assistant United States Attorney
8
9
10 June 3, 2011            /s/
   Dated                   PAUL DELANO WOLF
                           Attorney for Defendant
11                         CHEA BOU
12
           SO ORDERED.
13
14  6/6/11                 _____
   Dated                   HONORABLE
15                         United S                  Judge
                                   Judge Joseph C. Spero
16
17
18
19
20
21
22
23
24
25
26
27
28
   STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL         - 2 -