```
LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Adam Pennella, Bar No. 246260
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
CHEA BOU
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-097 CRB |
|     Plaintiff, | **STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| CHEA BOU, | |
|     Defendant.    / | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Chea Bou may travel outside of the Northern District of California to Modesto, CA, leaving this District on or after August 5, 2011 and returning no later that August 8, 2011. During this travel, he may travel through the Eastern District of California.

United States Pretrial Service Officer Paul Mamaril has advised Mr. Bou's counsel that he does not oppose Mr. Bou's travel proposed by this stipulation.

It is further Ordered that Mr. Bou shall communicate with the supervising Pretrial Services Officer before and immediately after his travel. Mr. Bou is further ordered to provide Pretrial Services with a way to contact him during his travel.

1    All other terms of Mr. Bou's initial pretrial release
2 shall remain in effect.

4    SO STIPULATED.

August 1, 2011            /s/
Dated                     AARON WEGNER
                          Assistant United States Attorney

August 1, 2011            /s/
Dated                     PAUL DELANO WOLF
                          Attorney for Defendant
                          CHEA BOU

     SO ORDERED.

_08/02/11____            _____
Dated                    HONORABLE JOSEPH C. SPERO
                         United States Magistrate Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)*