LAW OFFICES OF PAUL DELANO WOLF
Paul Delano Wolf, Bar No. 78624
Adam Pennella, Bar No. 246260
717 Washington Street, 2nd Floor
Oakland, California 94607
(510) 451-4600 Telephone
(510) 451-3002 Fax

Attorney for Defendant
CHEA BOU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-097 CRB |
| Plaintiff, | **STIPULATION FOR ORDER AND [PROPOSED] ORDER ALLOWING DEFENDANT TO TRAVEL** |
| v. | |
| CHEA BOU, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties through their counsel that defendant Chea Bou may travel outside of the Northern District of California to Modesto, CA, leaving this District on or after August 13, 2011 and returning no later that August 14, 2011.  During this travel, he may travel within the Eastern District of California.

United States Pretrial Service Officer Paul Mamaril has advised Mr. Bou's counsel that he does not oppose Mr. Bou's travel proposed by this stipulation.

It is further Ordered that Mr. Bou shall communicate with the supervising Pretrial Services Officer before and immediately after his travel.  Mr. Bou is further ordered to provide Pretrial Services with a way to contact him during his travel.

1  All other terms of Mr. Bou's initial pretrial release
2  shall remain in effect.

3

4         SO STIPULATED.

5

  August 11, 2011              /s/
6  Dated                   AARON WEGNER
                           Assistant United States Attorney
7

8
   August 11, 2011             /s/
9  Dated                   PAUL DELANO WOLF
                           Attorney for Defendant
10                         CHEA BOU

11
         SO ORDERED.
12

13   __8/12/11____           _____
   Dated                   HONORABLE ERO
14                         United States Magistrate Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR ORDER AND ORDER ALLOWING DEFENDANT TO TRAVEL                    - 2 -